DONOVAN v. CANTOR. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by Bartholomew Donovan against Jacob A. Cantor, individually, etc. No opinion. Motion denied.

DOYLE, Appellant, v. W. L. DOUGLAS SHOE CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 15, 1904.) Action by Margaret Doyle against the W. L. Douglas Shoe Company.

PER CURIAM. Interlocutory judgment modified, by inserting provision therein allowing plaintiff costs of the demurrer as a condition for permitting defendant to answer, and, as so modified, affirmed, with costs of both appeals to the plaintiff, on the authority of Tallman v. Bernhard, 75 Hun, 30, 27 N. Y. Supp. 6, and Harmon v. Vanderbilt Hotel Co., 79 Hun, 392, 29 N. Y. Supp. 783, affirmed 143 N. Y. 665, 39 N. E. 20.

DREHER, Respondent, v. GLOVERSVILLE FELT CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Martin C. Dreher against the Gloversville Felt Company. No opinion. Order affirmed, with $10 costs and disbursements.

DRUMHELLER, Appellant, v. CITY OF MT. VERNON, Respondent. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by George Drumheller against the city of Mt. Vernon. No opinion. Judgment and order unanimously affirmed, with costs, upon the opinion of Mr. Justice Garretson.

EDWARDS, Respondent, v. FISHER, Appellant. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Action by Charles J. Edwards against Clara L. Fisher. No opinion. Judgment of the Municipal Court affirmed, with costs.

ELDERT, Respondent, v. STEWART et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 15, 1904.) Action by Julia E. Eldert against William B. Stewart and Mary G. Stewart. No opinion. Judgment of the Municipal Court affirmed, with costs.

ELECTRIC VEHICLE CO., Appellant, v. WESTON–MOTT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) Action by the Electric Vehicle Company against the Weston-Mott Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs to abide event, allowing plaintiff to have an examination and discovery of defendant's books mentioned in the petition for the purposes therein set forth, and under such regulations as may be agreed upon or fixed by the court at Special Term, unless defendant furnishes plaintiff within 20 days with a sworn statement disclosing and setting forth the number of steering equipments and devices of the kind described and referred to in the agreement made between the parties hereto, dated October 25, 1901, sold by it from time to time. Such statement shall set forth in detail the various dates of sales and the number sold upon each date.

McLENNAN, P. J., concurs, upon the ground that the plaintiff's attorney stated in open court that he was willing to receive the sworn statement in lieu of an inspection of the books.

In re ELLIS. (Supreme Court, Appellate Division, Fourth Department. March 15, 1904.) In the matter of the application of J. Jefferson Ellis, supervisor of the town of Western, to compel James R. Waldo to deliver records, etc., appertaining to the office of supervisor, etc. No opinion. Order affirmed, with $10 costs and disbursements.

In re ELTING. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) In the matter of Peter J. Elting, as trustee, etc., of Abijah Curtiss, deceased. No opinion. Motion granted, and order resettled, so as to provide that the costs of the appeal be paid to the trustee out of the undivided principal of the trust fund now held by him.

ENNIS et al., Respondents, v. UNTERMYER, Appellant. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by Thomas A. Ennis and another against Maurice Untermyer. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied, without costs.

ERLER, Respondent, v. ABBETT, Appellant. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Otto Erler against Leon Abbett. W. B. Ellison, for appellant. A. Blumenstiel, for respondent. No opinion. Judgment affirmed, with costs.

EUSTIS v. ST. LOUIS STAMPING CO. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by John P. Eustis against the St. Louis Stamping Company. No opinion. Motion denied, with $10 costs.

EVANS, Appellant, v. WRENN et al., Respondents. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Action by Louis H. Evans against John H. Wrenn and others. A. B. Cruikshank, for appellant. F. W. McCutcheon, for respondents. No opinion. Judgment affirmed, with costs, on the opinion of the referee.